COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| KEIWIT CORPORATION GROUP, | | No. 08-11-00333-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 210th District Court |
| | § | |
| ROBERT SILVA, | | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC # 2009-4743) |

**MEMORANDUM OPINION**

Appellant, Kiewit Corporation Group, has filed a motion to dismiss the appeal because it no longer desires to prosecute the appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal.

January 25, 2012                   _____
                                   ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.